IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JESSICA A. LOVERING and COURTNEY LAPARELE CLARK,<br><br>　　　　　　　Defendants. | 8:21C245<br><br>**ORDER** |

　　　　The defendant, Jessica Lovering, has moved to continue the trial date (filing no. 30). The motion is unopposed by counsel for the government. The court finds good cause has been shown and the motion should be granted.  Accordingly,

　　　　IT IS ORDERED:

1) 　　The defendant Jessica Lovering's unopposed motion to continue trial (filing no. 30) is granted.

2) 　　**As to both defendants**, the trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on January 3, 2022, or as soon thereafter as the case may be called. Jury selection will be held at commencement of trial.

3) 　　In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. **As to both defendants**, any additional time arising as a result of the granting of this motion, that is, the time between today's date and January 3, 2022, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

November 3, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge