IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JESSICA A. LOVERING,<br><br>      Defendant. | **8:21CR245**<br><br>**ORDER** |

  This matter is before the court upon the filing of a petition alleging that the above-named defendant has violated condition(s) of supervision. The court has been informed that the defendant is in custody on state charges and finds that the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

  IT IS ORDERED:

  The Federal Public Defender for the District of Nebraska, 222 S 15th Street, Suite 300N, Omaha, NE 68102, (855) 690-9458, is appointed to represent the above-named defendant this matter. Upon acceptance of this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. If the Federal Public Defender declines this appointment for reason of conflict or pursuant to the Criminal Justice Act Plan, the court shall forthwith be provided with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

  IT IS FURTHER ORDERED:

1) The Clerk shall provide a copy of this order and the Petition for Offender under Supervision, (Filing No. 114) to the Federal Public Defender for the District of Nebraska, and

2) The Clerk shall provide a copy of this order to the above-named defendant.

Dated this 31st day of July, 2023.

                   BY THE COURT:

                   s/ Michael D. Nelson
                   United States Magistrate Judge