IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JESSICA A. LOVERING,<br><br>　　　　　　　　Defendant. | 8:21CR245<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

　　　The defendant appeared before the Court on September 3, 2024 regarding Petition for Offender Under Supervision [139]. Richard McWilliams represented the defendant. Christopher Ferretti represented the government on behalf of Sean Lynch. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　The defendant requested a preliminary hearing which was held. Fed. R. Crim. P. 32.1(b)(1). The court finds probable cause to believe the defendant has violated one or more conditions of supervised release as alleged in the petition and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 1, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on October 31, 2024. Fed. R. Crim. P. 32.1(b)(1)(C).

　　　The government moved for detention based upon risk of flight and danger. The defendant requested a detention hearing which was held. The defendant met his/her burden to establish by clear and convincing evidence that he/she will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision and additional conditions that she be screened for the Oxford House, and she reside with her mother, Elsa Lovering. 18 U.S.C. § 3143(a)(1).

　　　**IT IS SO ORDERED**.

　　　Dated this 3rd day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge